**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, | Civil No. 07-288 (DWF/AJB) |
| Plaintiffs, | |
| v. | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |
| Matt Smith, | |
| Defendant. | |

---

Felicia J. Boyd, Esq., Kara L. Benson, Esq., and Laura G. Coates, Esq., Faegre & Benson LLP, counsel for Plaintiffs.

Matt Smith, *Pro Se*, Defendant.

---

Based upon Plaintiffs' Motion for Entry of Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs'

copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

    2.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty ($420.00).

    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Criminal," on album "Tidal," by artist "Fiona Apple" (SR# 227-923);
- "Money for Nothing," on album "Brothers In Arms," by artist "Dire Straits" (SR# 63-040);
- "Fast Car," on album "Tracy Chapman," by artist "Tracy Chapman" (SR# 92-491);
- "Amityville," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);
- "Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);
- "Walkin' On The Sun," on album "Fush Yu Mang," by artist "Smash Mouth" (SR# 238-756);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of

Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated:  September 28, 2007        s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court